**EXHIBIT 1**

*TESS was last updated on Thu Sep 8 04:12:14 EDT 2005*

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

*( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LYON |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Real estate brokerage. FIRST USE: 19580123. FIRST USE IN COMMERCE: 19580123 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76424316 |
| **Filing Date** | June 24, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 12, 2003 |
| **Registration Number** | **2779172** |
| **Registration Date** | November 4, 2003 |
| **Owner** | (REGISTRANT) William L. Lyon & Associates CORPORATION CALIFORNIA 3640 American River Drive, Suite 100 Sacramento CALIFORNIA 95684 |
| **Attorney of Record** | MARK R LEONARD |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**EXHIBIT 1 - Federal Trademark Registrations**

TESS was last updated on Thu Sep 8 04:12:14 EDT 2005

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | LYON |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Real estate brokerage. FIRST USE: 19580123. FIRST USE IN COMMERCE: 19580123 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 76424346 |
| **Filing Date** | June 24, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 12, 2003 |
| **Registration Number** | **2779173** |
| **Registration Date** | November 4, 2003 |
| **Owner** | (REGISTRANT) William L. Lyon & Associates CORPORATION CALIFORNIA 3640 American River Drive, Suite 100 Sacramento CALIFORNIA 95684 |
| **Attorney of Record** | MARK LEONARD |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**EXHIBIT 1 - Fedeal Trademark Registrations**