**EXHIBIT 2**

# Roseville launches new real estate investment club

## Lyon Share club invites public to investigate new opportunities

By Susan Belknap
*Gold Country Homes Correspondent*

The public is invited to attend the first meeting of the newly formed Lyon Share Investment Club, scheduled from 6:30 to 9 p.m. Tuesday, July 12. The meeting will be held at Fidelity National Title, located at 2901 Douglas Blvd. in Roseville.

According to one of the company owners, John Flack, the Roseville club is one of several real estate investing clubs Lyon Share has founded throughout Northern California. The goal is to create a network of investment clubs that provide a platform for professionals, entrepreneurs and investors to teach, educate and market various investments strategies, programs and services. Investors who join the Roseville club will have the opportunity to associate with other Lyon Share clubs in San Jose, Rancho Cordova, Jackson and Santa Cruz.

"Our goal is to start up clubs regionally and even nationally to provide an opportunity to educate people and allow them to network with each other," Flack said.

The Roseville club is one of several real estate investing clubs that have sprung up within the last few years within the Sacramento region. Flack feels this trend is due to the record number of people who are beginning to take their money out of the stock market and place into investments such as real estate, which he feels is more secure.

"It's all about leveraging your money," he said.


John Flack

In addition, the way many California homes have appreciated in the last several years, many homeowners are taking the equity they have in their primary residence to invest in real estate out-of-state for positive cash flow.

One such state is Texas where Flack feels investing will yield high profits for investors as the wave of baby-boomers throughout the country prepare for retirement in a warm, southern climate.

"But we want to be ahead of the curve," Flack said. "People say they don't have the time to know where the best place to invest is, but we do all the work. We have physically driven the out-of-state areas that we think are good investments. We want to act as the liaison for the California investor."

Before making any investment, owners of the Lyon Share clubs will make certain they understand the goals and intentions of each club member. Factors such as how much equity they have in their own home and how long they want to keep the investment determines what type of property to buy.

Flack feels that with the power of so many people in the five Lyon Share clubs already established, club members will have the chance to become informed of countless opportunities.

"We're all interconnected," he said.

> "But we want to be ahead of the curve. People say they don't have the time to know where the best place to invest is, but we do all the work."
>
> – John Flack, co-owner, Lyon Share

Barbara and Steve Voss are owners of the Roseville club and are responsible for bringing in monthly speakers and getting the word out about the club. They both are seasoned real estate professionals familiar with the investing arena.

"This is different from other investing clubs because we can turn to our associate clubs to network," Barbara Voss said. "We'll also use our Web site to highlight certain properties for sale."

According to Voss, the first Roseville meeting will feature Jim Freeman, a local investor, who will discuss the basics of real estate investing. Freeman is one of the club owners and has been in the real estate industry for 25 years with experience in investments and development.

For more information about the Roseville club, call Voss at (916) 412-9660 or visit www.lsiclubs.com.

*Susan Belknap can be reached at sbelknap@surewest.net.*

---



**Come in to Your Victorian Farmhouse and Relax...$1,190,000**

The house radiates peace and tranquility and also good food and family gatherings. It is a five bedroom, 3.5 bath, 3800± square foot home on 4.6 ± acres with beautiful views. The home is surrounded by lush landscaping and trees and boasts of everything from private walkways to Horseshoe Pits and raised beds already planted with vegetables. The acreage is fenced and cross fenced and has irrigation sprinklers throughout. All of this in the Foothills just south of Auburn.

**Holly Mraz 530.887.3463**
www.hmraz.golyon.com

**LYON REAL ESTATE**
www.GoLyon.com



**Style and Comfort offered at $795,000**

Much sought after 1 story home built in 2002.
- 4 Bdrms., 3 baths plus den/office
- Greatroom concept with kitchen open to family room plus additional living room and separate dining area
- Light & bright gourmet kitchen with granite slab counter top, stainless steel appliances and many upgrades
- Built-in pool with waterfall and sitting area
- Oversized lot (approx. .3 acre)

**Larinda Negri, Realtor**
**530-887-3445 Office • 916-716-9230 Cell**
www.lnegri.golyon.com

**EXHIBIT 2 - Gold Country Homes Article**