JOANNA R. MENDOZA, State Bar No. 148320
MALOVOS & MENDOZA, LLP
3620 American River Drive, Suite 215
Sacramento, CA 95864
(916) 974-8600
(916) 974-8608 (fax)

Attorneys for Plaintiff
WILLIAM L. LYON & ASSOCIATES, INC.
dba LYON REAL ESTATE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. LYON & ASSOCIATES, INC., a California corporation doing business as LYON REAL ESTATE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SIMON L. PURSHOUSE, et al,<br><br>　　　　Defendants. | CASE NO.  2:05-CV-01811-DFL-GGH<br><br>**JUDGMENT OF DISMISSAL** |

　　　Pursuant to Federal Rule of Civil Procedure, Rule 41(a), and the written settlement agreement entered into between the plaintiff and the non-appearing defendants, the plaintiff, William L. Lyon & Associates, Inc. d/b/a Lyon Real Estate, does hereby dismiss the action, in its entirety, with prejudice, as to all defendants.  The parties shall bear their respective costs and attorney's fees.

Dated:  December 14, 2005　　　　　　　　　　　MALOVOS & MENDOZA, LLP

　　　　　　　　　　　　　　　　　　　　　　　　　By  /s/ JOANNA R. MENDOZA
　　　　　　　　　　　　　　　　　　　　　　　　　　　JOANNA R. MENDOZA
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　William L. Lyon & Associates, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　　　d/b/a Lyon Real Estate

1

JUDGMENT OF DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

1 | **IT IS SO ORDERED**.
2 | DATED: December 15, 2005

/s/ David F. Levi
DAVID F. LEVI
United States District Judge
Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com

*William L. Lyon & Associates, Inc. v. Simon Purshouse, et al*
U.S. District Court, Eastern District, Case No. CIV.2:05-CV-01811-DFL-GGH

## DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am an employee of Malovos & Mendoza, LLP, and my business address is 3620 American River Drive, Suite 215, Sacramento, CA 95864. On this day I caused to be served the following document(s):

## JUDGMENT OF DISMISSAL

☒ By placing a true copy, in a sealed envelope, with postage fully prepaid, in the United States Post Office mail at Sacramento, California, addressed as set forth below. I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mail box after the close of the day's business.

☐ By personal delivery of a true copy to the person indicated and at the address set forth below.

☐ By Federal Express Mail to the person and at the address set forth below.

☐ By transmitting a true copy by facsimile to the person and at the facsimile number set forth below.

Thomas J. Greif
4519 S.W. Coronado
P.O. Box 80458
Portland, OR 97280

*Attorney for Defendants*
*(no appearance in this action)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on *December 14, 2005,* at Sacramento, California.

　　　/s/ SHAULA PATCHETT　　　
　　　SHAULA PATCHETT

3

PDF created with pdfFactory trial version www.pdffactory.com